**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANA TAYLOR**                                                                                          **PLAINTIFF**

**v.**                                                **Case No. 4:24-cv-00843-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                      **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 11).  No objections have been filed, and the time for doing so has passed.  After a *de novo* review of the RD and careful consideration of the case record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE