**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANA TAYLOR**                                                                                    **PLAINTIFF**

**v.**                                         **Case No. 4:24-cv-00843-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings.  Judgment is entered in favor of the Plaintiff.  This is a "sentence four" remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 18th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE